| | |
|---|---|
| DEFENDANT: | JOE THOMPSON |
| AGE or YOB: | 1993 |
| COMPLAINT FILED? | _____ Yes   __x___ No<br><br>If Yes, MAGISTRATE CASE NUMBER |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _x_ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1: Possession of a Firearm/Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Denver, Colorado |
| PENALTY: | Count 1: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| AGENT: | Aaron Anderson<br>Task Force Officer, ATF |
| AUTHORIZED BY: | Celeste Rangel<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

X  five days or less; __ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.