IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00421-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOE THOMPSON,

        Defendant.
_____

**NOTICE OF APPEARANCE**
_____

        The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA GRADY
        Federal Public Defender


        s/ Stephanie Snyder
        Stephanie Snyder
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Stephanie_Snyder@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Celeste Rangel, Assistant United States Attorney
     Email: celeste.rangel@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Joe Thompson         *via U.S. mail*

                        s/ Stephanie Snyder
                        Stephanie Snyder
                        Assistant Federal Public Defender
                        633 17th Street, Suite 1000
                        Denver, CO  80202
                        Telephone:  (303) 294-7002
                        FAX: (303) 294-1192
                        Stephanie_Snyder@fd.org
                        Attorney for Defendant