AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 DEC 28 PM 3:40

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-cr-421 CMA |
| JOE THOMPSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOE THOMPSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  Possession of a Firearm/Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Date:   12/15/2021

s/E. Van Alphen, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, CO

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/15/21, and the person was arrested on *(date)* 12/21/21
at *(city and state)* Denver Colorado

Date: 12/21/21

*Arresting officer's signature*

Aaron Anderson ATF TFO
*Printed name and title*