IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 21-cr-00421-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JOE THOMPSON,

 Defendant.

---

### ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT AND CONTINUE TRIAL DATES

---

This matter is before the Court on Defendant's Unopposed Motion to Exclude 60 Days from the Requirements of the Speedy Trial Act (Doc. # 15).  The Court has reviewed this Motion and the case file, and the reasons set forth in the Motion, specifically:

1. Over 300 pages of Initial discovery was received by counsel on December 29, 2021.

2. Counsel received supplemental discovery on January 5, 2022.

3. Counsel needs additional time to review the discovery and consult with the Defendant.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that Defendant's Unopposed Motion to Exclude 60 Days from the Requirements of the Speedy Trial Act (Doc. # 15) is GRANTED and the Court hereby grants an ends of justice continuance in this case of **60 days**, which shall be excluded from the speedy trial clock, which currently stands at **March 4, 2022**.  It is

FURTHER ORDERED that pretrial motions are due by **March 14, 2022**. Responses due by **March 28, 2022**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **February 15, 2022**, is VACATED and RESET to **April 13, 2022, at 4:00 PM**.

FURTHER ORDERED **that five-day** jury trial set to begin on **February 28, 2022** is VACATED and RESET to **April 25, 2022, at 8:30 AM**.

DATED: January 12, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge