IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    21-cr-00421-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOE THOMPSON,

        Defendant.

---

**NOTICE OF DISPOSITION**

---

        Defendant, Joe Thompson, by and through counsel, Stephanie Snyder, Assistant Federal Public Defender, hereby notifies this Honorable Court that he intends to plead guilty to the sole count in the indictment, without an agreement with the government. Defendant notes that a change of plea hearing is set for April 13, 2022 at 4:00 p.m.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Stephanie Snyder
        STEPHANIE SNYDER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Stephanie.Snyder@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

      Celeste Rangel, Assistant United States Attorney
      Email: Celeste.Rangel @usdoj.gov

      and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Joe Thompson (via U.S. Mail)

      s/ Stephanie Snyder
      STEPHANIE SNYDER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Stephanie.Snyder@fd.org
      Attorney for Defendant