IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:  21-cr-00421-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JOE THOMPSON,

    Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 6th day of April 2022.

                              COLE FINEGAN
                              United States Attorney

BY:   *s/ Albert C. Buchman*
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0401
        Email: abuchman@usa.doj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of April 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                        s/ Ian McCandless
                                        Legal Assistant
                                        U.S. Attorney's Office