## Distribution of Sentence Length

Fiscal Year 2015,2016,2017,2018,2019,2020,2021



The figure includes the 90 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of probation only are included here as zero months.

**FILTER:**
Fiscal Year: 2015,2016,2017,2018,2019,2020,2021; Circuit: 10th Circuit; State: Colorado; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: Firearms; Guideline: §2K2.1; Drug Type: All; Sentencing Zone: All; Criminal History: V; Career Offender Status: All

## Distribution of Imprisonment Length

Fiscal Year 2015,2016,2017,2018,2019,2020,2021



- 120 Months or More 3.3%
- Up to 24 Months 10.0%
- 60 to 119 Months 18.9%
- 24 to 59 Months 67.8%

The figure includes the 90 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.
**FILTER:**
Fiscal Year: 2015,2016,2017,2018,2019,2020,2021; Circuit: 10th Circuit; State: Colorado; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: Firearms; Guideline: §2K2.1; Drug Type: All; Sentencing Zone: All; Criminal History: V; Career Offender Status: All

## Average and Median Sentence Length

Fiscal Year 2015,2016,2017,2018,2019,2020,2021



The figure includes the 90 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. Sentences of probation only are included here as zero months. The information in this figure includes conditions of confinement as described in USSG §5C1.1.

**FILTER:**

Fiscal Year: 2015,2016,2017,2018,2019,2020,2021; Circuit: 10th Circuit; State: Colorado; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: Firearms; Guideline: §2K2.1; Drug Type: All; Sentencing Zone: All; Criminal History: V; Career Offender Status: All

## Average and Median Imprisonment Length

Fiscal Year 2015,2016,2017,2018,2019,2020,2021



The figure includes the 52,300 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure. Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. The information in this figure does not include probation or conditions of confinement as described in USSG §5C1.1.

**FILTER:**

Fiscal Year: 2021; Circuit: All; State: All; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: All; Guideline: All; Drug Type: All; Sentencing Zone: All; Criminal History: All; Career Offender Status: All

## Average and Median Supervised Release

Fiscal Year 2015,2016,2017,2018,2019,2020,2021



The figure includes the 90 cases reported to the Commission. Cases missing information necessary to complete the analysis were excluded from this figure.

**FILTER:**

Fiscal Year: 2015,2016,2017,2018,2019,2020,2021; Circuit: 10th Circuit; State: Colorado; District: All; Race: All; Gender: All; Age: All; Citizenship: All; Education: All; Crime Type: Firearms; Guideline: §2K2.1; Drug Type: All; Sentencing Zone: All; Criminal History: V; Career Offender Status: All