IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00421-CMA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1. JOE THOMPSON,

          Defendant.

## MOTION FOR LEAVE TO FILE OUT OF TIME

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Celeste Rangel, Assistant United States Attorney, hereby respectfully moves for leave to file its sentencing position out of time.

On April 19, 2022, the Court held a change of plea hearing where the defendant pled guilty to the sole count of the Indictment. Undersigned counsel was not present for the change of plea due to a trial before Judge Martinez. On April 20, 2022, the Court issued a minute order ordering counsel to file their "sentencing positions within two (2) weeks of todays date…" ECF #21. Undersigned counsel understood this order to mean that sentencing positions were to be filed by today's date, May 4, 2022, two weeks from the date of the minute order. However, if the Court intended for the sentencing positions to be filed within two weeks of the change of plea hearing, the government apologizes and moves for leave to file its sentencing position today, May 4, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/Celeste Rangel*
CELESTE RANGEL
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail:celeste.rangel@usdoj.gov
Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I electronically filed MOTION FOR LEAVE TO FILE OUT OF TIME with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

*s/Celeste Rangel*
CELESTE RANGEL
Assistant United States Attorney