IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00421-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JOE THOMPSON,

        Defendant.

## SENTENCING POSITION

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Celeste Rangel, Assistant United States Attorney, hereby submits its sentencing position in accordance with the Court's April 20, 2022 minute order and the April 19, 2022 change of plea hearing. ECF #21.

### U.S.S.G. CALCULATIONS

The government believes the defendant's base offense level is 24 pursuant to U.S.S.G. § 2K2.1(a)(2). Specifically, the government believes the defendant's conviction in Denver District Court case 13CR147 for Attempted Second Degree Assault – Drugging and his conviction in Larimer County District Court case 16CR1037 for Second Degree Assault – Cause Injury with Deadly Weapon are crimes of violence.

The government will prove by a preponderance of the evidence that the defendant used the firearm in connection with another felony offense and therefore a four-level enhancement applies pursuant to § 2K2.1(b)(6)(B). The defendant's adjusted offense would be 28.

Assuming the defendant does not engage in conduct constituting obstruction of

justice as defined in § 3C1.1, he has demonstrated acceptance of responsibility and should receive the full three-level decrease pursuant to § 3E1.1(a) and (b).  Therefore, his total offense level is 25.

The parties believe the defendant is a criminal history category V.

A total offense level of 25 and a criminal history category of V produces an advisory guideline range of 100 to 120 months.  At this time, the government anticipates recommending a sentencing within this advisory guideline range.

## 18 U.S.C. § 3553(a) FACTORS

The government lacks information on the history and characteristics of the defendant aside from the criminal history it received from probation.  Accordingly, the government cannot provide argument pertaining to the factors to be considered in fashioning a sufficient, but not greater than sentence needed.  Once the Presentence Investigation Report is prepared and received, the government will provide the Court with its specific sentencing recommendation and the justification therefore prior to the sentencing hearing scheduled for July 19, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/Celeste Rangel*
CELESTE RANGEL
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail:celeste.rangel@usdoj.gov
Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I electronically filed SENTENCING POSITION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

*s/Celeste Rangel*
CELESTE RANGEL
Assistant United States Attorney