IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00421-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JOE THOMPSON,

        Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED this 23rd day of May 2022.

                              Respectfully submitted,

                              COLE FINEGAN
                              United States Attorney

By:    s/ *Elizabeth Young*
        Elizabeth Young
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: Elizabeth.Young2@usdoj.gov
        *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      *s/ Sheri Gidan*
      FSA Records Examiner
      Office of the U.S. Attorney