IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00421-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOE THOMPSON,

       Defendant.

_____

**UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE**
_____

       COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Elizabeth Young, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the Smith & Wesson, .40 caliber, model SD40VE handgun, bearing serial number HFV3956 and the associated ammunition listed in the Indictment (Doc. 1 at 2) and Defendant's Plea of Guilty and Statement of Facts Relevant to Sentencing (Without Plea Agreement) (Doc. 22 at 3), because they are in the custody of the Denver Police Department.

       DATED this 23rd day of May, 2022.

                          Respectfully submitted,

                          COLE FINEGAN
                          United States Attorney

                          By: *s/ Elizabeth Young*
                          Elizabeth Young
                          Assistant United States Attorney
                          United States Attorney's Office
                          1801 California Street, Suite 1600
                          Denver, CO 80202

303-454-0100
Elizabeth.Young2@usdoj.gov
*Attorney for the United States*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties of record.

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office