| | |
|---|---|
| **DISTRICT COURT, LARIMER (FT COLLINS) COUNTY, COLORADO**<br>Court Address:<br>201 LAPORTE AVENUE, SUITE 100, FORT COLLINS, CO, 80521<br>THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** JOE V THOMPSON | DATE FILED: November 17, 2020 9:48 AM<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2016CR1037<br>Division: 3B     Courtroom: |
| **Order: Motion to Lift/Modify No Contact Order** | |

Defendant moves to modify or lift the no-contact order. The People don't object to modification with certain caveats, but oppose lifting the order. Because one of the victims is a child and guardianship of the child is with the Department of Human Services ("DHS") in Adams County, and because the victim has a guardian ad litem ("GAL"), the People solicited their views. The GAL didn't provide input, but DHS did.

DHS supports modifying the NCO to allow therapeutically supervised contact and, if that goes well, supervised and eventually unsupervised visitation. That's consistent with the no-contact order and safety plan in Adams County case 2020JV235, which involves the child victim. Given the concerning allegations about this case, the Court agrees with the People and DHS.

Accordingly, the motion is granted in part and the no-contact order is modified to mirror that in Adams County case 2020JV235, which allows for therapeutic visitation with the child and, if appropriate, to supervised visitation, and unsupervised visitation.

Issue Date: 11/17/2020

*[signature]*

JUAN GONZALO VILLASENOR
District Court Judge



DEFENDANT'S EXHIBIT
A
US v. Thompson
21-cr-00421-CMA