IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   21-cr-00421-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOE THOMPSON,

      Defendant.
_____

## MOTION TO RESTRICT ACCESS
_____

Mr. Joe Thompson, Defendant, by and through undersigned counsel, Stephanie Snyder, respectfully requests that Docket Nos. 37 and 38 be restricted at Level 2.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/ Stephanie Snyder
      Stephanie Snyder
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Stephanie_Snyder@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Celeste Rangel, Assistant United States Attorney
    Email: Celeste.Rangel @usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Joe Thompson (via U.S. Mail)

                                      s/ Stephanie Snyder
                                      Stephanie Snyder
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      Stephanie_Snyder@fd.org
                                      Attorney for Defendant