

# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

**(ROBBERY - STREET)**

## Narrative Text

**Type** OFFICER STATEMENT
**Subject** OS BROWN 18091
**Author** P18091 - BROWN, CHRISTOPHER
**Related Date** Oct-25-2021   :34

BWC Activated

On 10/24/2021 at approximately 2318 hours, I Ofc. Brown was dispatched to the ▉▉▉▉▉▉▉▉ ▉ on a call of a Robbery IP.  This location is in the City and County of Denver, State of Colorado.

Suspect information:

Suspect #1: Hispanic Male, 6'01" , thin, black baseball hat, white jersey with red #7.

Suspect #2: Hispanic male, 5'10", chubby, black hoodie, black pants.

Suspect #3 black male, 6'01", black hoodie.

Interview with Victim:

Upon arrival, I contacted the Victim Jason Lee Richards ▉▉▉▉▉▉▉ C4  who had a visible cut to the left side of his mouth.  When asked what had happened, Richards told me the following in summary:

Richards stated that on 10/24/2021 at approximately 2300 hours, he went to the Mobil Gas Station located at 5910 N. Tower Rd. to get a vape pen and beer.  As Richards pulled in the parking lot of the gas station, he observed two unknown make/model vehicles parked facing one another and blocking the parking stalls.  Richards pulled around both cars and parked in the one vacant stall directly in front of the store.

As Richards exited his vehicle and walked to the front entrance of the store, an unknown subject from inside the unknown vehicle began yelling at Richards stating that Richards could have caused a traffic accident.  Richard ignored these remarks and entered the store.

While inside the store, an unknown male described by Richards as Suspect #1: Hispanic Male, 6'01" , thin, black baseball hat, white jersey with red #7 approached him and began arguing with him about the previous incident in the parking lot.  Suspect #1 told Richards that he would be waiting for him outside next to his car.

Richards completed the purchase of his vape pen and beer and exited the store,  As he approached his car, he observed Suspect #1 and two other male subjects described as Suspect #2: Hispanic male, 5'10", chubby, black hoodie, black pants and Suspect #3 black male, 6'01", black hoodie standing at the drivers side of his vehicle.  Richards walked to his car, entered the drivers side of his vehicle and rolled down his window where more words between he and the suspects were exchanged.  At that time, Suspect#1 pulled out a Silver High Point pistol with a black handle and pointed it through the window and pressed it to Richards throat.  When asked if Suspect #1 made

GOVERNMENT EXHIBIT 1

Case 1:21-cr-00421-CMA   Document 41-1   Filed 07/21/22   USDC Colorado   Page 2 of 2

**DENVER POLICE DEPARTMENT**

GO# 2021-608547
OPEN

**GENERAL OFFENSE HARDCOPY**

**(ROBBERY - STREET)**

any statements, Richards stated that Suspect # 1 said something to the effect of "You're lucky!"

While the firearm was pointed at Richards throat, Suspect #2 reached into the car and took the recently purchased vape pen from Richards lap.

After the gun was taken from Richards throat, Richards was in fear for his safety and fled the area at a high rate of speed.  Richards drove to his residence located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and parked out front of his house.  Richards waited a short time in his car before he decided to go back to 5910 N. Tower Rd. to buy another vape pen.  Richards drovet back to the gas station and made a second purchase.

After the second purchase was completed,  Richards arrived back home and observed the three suspects standing outside his apartment garage (#3) waiting for him.  Richards does not know how the suspects knew where he lived and believed they may have followed him home after their initial altercation.  Richards parked his car in his garage and stepped out of the vehicle.  Suspect #1 approached Richards and punched him twice in the face with a closed right fist causing pain and discomfort.  Richards then ran southbound towards his residence where he told his wife to call police.

Richards remembers seeing a silver unknown make/model sedan parked in the lot just outside his garage and believes it may have been the suspect vehicle.  Richards stated that he believes the suspect vehicle fled westbound through the parking lot towards the front entrance/exit of the  complex.

Richards initially did not want to pursue criminal charges for the Robbery in fear of retaliation from the suspects.  Richards then changed his mind and does want to pursue criminal charges for Robbery if the suspects can be identified and arrested.


Medical Response:

Richards refused to be checked out by paramedics for the injury to the left side of his mouth.


Evidence:

Officers went to the Mobil Gas Station to review Security footage of the incident.  Managers were not available to review the video at that time and will attempt to retrieve the video surveillance on the morning of 10/25/2021.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Photos of Richards facial injury were taken and uploaded to Axon Capture as evidence.