# EXHIBITS 2, 3, 5, 7

COPY OF DISC PROVIDED TO COURT