

# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (ROBBERY - STREET)

*punched him in the face and then left towards the complex entrance just west of the garage. I left the victim with another officer and checked the area for an sign of the suspect vehicle.*
*I did not find a silver sedan with matching suspects anywhere nearby.*

**Follow up Investigation-**

Det. Eret reviewed all entries in evidence.com related to this case.

Det. Eret responded to Mobil Gas Station located at 5910 N Tower Rd and reviewed the video footage which appears to be consistent with the above details of the case. Det. Eret found that the victim drives in front of the suspects vehicle. The suspects then confront the victim and follow him in to the gas station. The suspects then exit the store and wait for the suspect to come out and confront him again. Suspect #1 appears to be reaching into the vehicle as the victim is attempting to drive away. A gun can not be seen due to the angle of the camera. The suspects appear to follow the victim in an unknown silver car. Det. Eret captured the video on his department cell phone.

**10/27/21**

Det. Eret returned to the Mobil gas station and was able to get the suspect vehicles license plate after reviewing the video. The license plate was found to be Colorado AARD60. Upon running the license plate Det. Eret found the following information,

STATE OF COLORADO COLORADO VEHICLE REGISTRATION REGISTRATION TITLE NAME: LOPEZ DANICA MARIE NAME: LOPEZ DANICA MARIE NAME2: LOPEZ DANICA MARIE NAME2: NAME3: NAME3: ADDRESS: ███████████ ADDRESS: ███████████ CITY: ████████ STATE: CO ZIP: ████ CITY: ███████████ STATE: ██ ZIP: ██ REGISTRATION STATUS: Active TITLE STATUS: Active 10/17/2019 LICENSE: AARD60 STATE: CO TYPE: Passenger Regular EXPIRATION: 2021-12 TAB: AARD60 VIN: 5XXGT4L37JG187238 TITLE: 002555310 COUNTY: Arapahoe MAKE: KIA MODEL: OPTIMA COLOR: GRY STYLE: SEDAN YEAR: 2018

Det. Eret found a DOB for Danica Lopez of ███████████. Upon running Lopez's information Det. Eret found that her brother Joe Thompson ███████████ matched the description of suspect #1.

Det. Eret completed a photo lineup consisting of 6 photographs with the suspect being randomly placed into photo #3. All parties selected in the lineup have similar characteristics to Thompson.

The victim responded to the District 5 station at at approximately 1200 hours and was escorted to the D5 interview room #1. Det. Gomez (00120) showed the victim the photo lineup and the victim selected photo #3 the Defendant Joe Thompson ███████████ as suspect #1 in this case, the suspect who pointed a gun to his throat. The victim indicated that he was confident in his selection.

**10/28/21**

Det. Eret added the photo lineup to this case.

Det. Eret completed an Affidavit and Application for an arrest warrant for Joe Thompson (12/14/1993).

Det. Eret received a signed warrant back from the Honorable Judge Goble.


# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (ROBBERY - STREET)

Det. Eret added the photo lineup to this case.

Det. Eret completed an Affidavit and Application for an arrest warrant for JARED CASADOS-JARAMILLO ▉▉▉▉▉

Det. Eret received a signed warrant back from the Honorable Judge Faragher

Det. Eret sent the warrant to NCIC, DPD fugitive unit, and District 5 Impact. Det. Eret added the warrant to this case.

**11/4/21**

Det. Eret received information from the crime analyst Samantha Diemer for DPD SORT stating that Monte Hayes ▉▉▉▉▉ might be the third suspect in this case.

Det. Eret found that Monte Hayes ▉▉▉▉▉ closely matched the characteristics of suspect #3 in this case. Det. Eret contacted the listed victim who stated he would be willing to view a photo lineup of the suspect. On 11/10/21 at 1100 hours.

**11/10/21**

Det. Eret completed a photo lineup with six photographs of parties with similar characteristics to Monte Hayes ▉▉▉▉▉. Hayes was randomly placed into spot # 3.

The victim did not come to the station on 11/10/21

Det. Eret was advised that Defendant #1 Joe Thompson ▉▉▉▉▉ was placed into custody without incident. The suspect vehicle in this case was impounded and caged for Det. Eret.

Det. Eret completed a search warrant for the suspect vehicle (AARD60, CO).

**11/11/21**

Det. Eret and Det. Gomez responded to to the Van Cise-Simonet Detention Center and met with the Defendant Thompson and conducted an interview (BWC recorded) (synopsis of interview). Thompson was read his Miranda rights and he chose to waive his rights and speak with Detectives. Det. Eret asked what the Defendant what knew about the Robbery at 5910 N. Tower Rd. The Defendant initially stated he did not know about what gas station that was and stated that he lives in the area and he goes to the carwash off of Tower Rd. Det. Eret asked the Defendant about driving his sisters Kia and he stated that she lets him drive it for work. Det. Eret asked the Defendant if he owns a Falcons Jersey and he confirmed that he does. The Defendant then stated the only thing he can think of is when he was leaving the gas station and getting in an argument with a dude who can flying into the parking lot and almost hitting his car. Det. Eret told the Defendant that is the incident that he wanted to hear about. The Defendant stated that was pretty much it, the guy came flying in and he rolled down his window and yelled at him and the guy yelled something stupid back at him that pissed him off. The Defendant stated he had a bad month that month due to losing a friend to suicide. He stated that he got out of the car to address the situation and then the guy said something stupid. The Defendant stated he followed the guy into the store and argued with him inside and then outside and it ended there. Det. Eret asked who else was there with him

# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (ROBBERY - STREET)

and he stated that he had one of his friends with him but he was drinking and couldn't exactly remember. The Defendant refused to give the name of person that was with him. Det. Eret asked the Defendant what about the gun? The Defendant then replied the one who guys found in the car? or what are you talking about? Det. Eret then replied is that where it is in the car? and the Defendant stated I don't know what one are you talking about? Det. Eret then replied the gun you used, and the Defendant stated that he didn't have a gun. Det. Eret then advised the Defendant that he has video of the incident and there are two sides to the story. The Defendant then relayed the same story that was stated above, and Det. Eret told the Defendant that he would also be mad if he similar situation happened to him and it is understandable to be mad, but that he needs the full story, Det. Eret said you obviously know about a gun and the Defendant replied "I had a gun". Det. Eret asked if he pointed the gun at the other involved party and the Defendant denied pointing the gun, and stated I just showed it to him on my hip / lifted up my shirt. Det. Eret asked if the gun is in the car and the Defendant stated that he is not sure and he usually doesn't have a gun but due to his friend committing suicide that is why he had the gun. Det. Eret asked if he wanted to add anything else about the situation and he stated that he apologies for what happened and that he has been doing good sense getting out of prison but it was just a fucked up day. The Defendant then asked about why he was being charged with robbery and Det. Eret advised that he could not give out all of the details but he would get his time in court. The interview was then ended.

Det. Eret added the criminal history for Joe Thompson ████ to this case. Det. Eret found that Thompson is a convicted felon with the following information,

```
CHARGE          01
 CHARGE LITERAL    ASSAULT ASSAULT 2-CAUSE INJURY W DEADLY WEAPON
 TYPE/LEVEL      FELONY
 OFFENSE DATE    05/14/2016
 DOCKET          D0352016CR001037
 JUDICIAL CHARGE COUNT 1
 COURT DISPOSITION   GUILTY
 SENTENCE        12 00 Y DOC 188 00 D CRTS 12 00 Y DOC 188 00 D CRTS
```

**11/12/21**

Det. Eret received a signed search warrant back from the Honorable Judge Zobel. Det. Eret added the search warrant to this case.

Det. Eret responded to the Denver Police Impound located at 5160 York St, Denver, CO 80216 along with Det. Johnson and Sheppard. Det. Eret responded to where the vehicle (AARD60, CO) was caged and locked in cage #17. Det. Eret took photographs of the cage and of the vehicle. Det. Eret conducted the search warrant on the vehicle and located a backpack on the passenger floorboard of the vehicle. Det. Eret located a Smith & Wesson SD40 VE firearm (serial #HFU3956) loaded with twelve rounds with one round in the chamber in the front pocket of the backpack. Det. Eret located two .40cal rounds in the bottom of the pocket. Det. Eret located a baggie of suspected Oxycodone, and a baggie of suspected Alprazolam in the same front pocket. Also located in the front pocket were the above items were found Det. Eret located box prescription box with the name "Joey Thompson" on it, as well as a paycheck stub with the name "Joey Thompson" on it as well. Det. Eret collected the above items as evidence. Det. Eret also observed documents throughout the vehicle with the name "Joey Thompson" on them. Det. Eret observed a cleaning kit for a firearm in the vehicle as well as shooting targets, and a machete.

# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (ROBBERY - STREET)

Det. Eret transported all evidence to the property bureau and submitted it as evidence.

Det. Eret found that the firearm matched the description provided by the victim in the incident "silver slide with black grip".

Det. Eret added the pictures taken to evidence.com

Det. Eret requested the firearm be processed for prints / DNA

Det. Eret completed a case in evidence.com and shared it with the District Attorney.

Det. Eret added a witness list to this case.


**This case will be presented to the District Attorney for consideration,**

**The District Attorney accepted the following charges,**

DPD CASE NO: 2021608547

SUSPECT/ARRESTED: THOMPSON, JOE ████████

BOOKING #:

BOND RETURN DATE:

BOND AMOUNT:

INVESTIGATING DETECTIVE: ERET, DANIEL R.

CHARGE(S) UNDER INVESTIGATION:

ROBBERY - STREET


DPD CASE NO: 2021608547

SUSPECT/ARRESTED: THOMPSON, JOE ████████

BOOKING #:

BOND RETURN DATE:

BOND AMOUNT:

Most Serious charge is Felony.

ACCEPTED FOR FILING (COMPLETE CASE SUBMITTED)



# DENVER POLICE DEPARTMENT

GO# 2021-608547

OPEN

## GENERAL OFFENSE HARDCOPY

### (ROBBERY - STREET)

County/District Court
City and County of Denver, Colorado

THE PEOPLE OF THE STATE OF COLORADO

Offense Case Number 21-608547



## AFFIDAVIT AND APPLICATION FOR ARREST WARRANT
## AND THE ARREST WARRANT FOR THE PERSON(S) OF:

**JOE THOMPSON** ▉▉ Colorado State Identification Number ▉▉ Federal Bureau of Investigation Number
▉▉ Denver Police Department Number **702614**, an adult white male, approximately 6'02" in height,
approximately 180 pounds in weight, with black hair and Brown eyes; for C.R.S. 18-4-302 Aggravated Robbery.

I, Officer Daniel Eret, #13100, the Affiant, state under oath that the facts known to the Affiant which establish probable cause to believe
that a criminal offense was committed, and that the offense was committed by the above named person(s), are the following:

Your Affiant, Officer Daniel Eret, is a duly sworn Police/Peace Officer of the Denver Police Department and has
been so employed so since December 2013. Further, your Affiant states that on 10/25/21 at approximately 0900
hours your Affiant became involved in an investigation of an Aggravated Robbery that occurred at the Mobil gas
station located at 5910 N Tower Rd in the City and County of Denver, State of Colorado.

This Affidavit and Application for Arrest Warrant is based on information received from the victim Jason Richards
▉▉ and Officer Brown (P18091).

The victim described the suspects in this case as:

Suspect #1: Hispanic Male, 6'01" , thin, black baseball hat, white jersey with red #7 (identified as the Defendant
Joe Thompson ▉▉.
Suspect #2: Hispanic male, 5'10", chubby, black hoodie, black pants.
Suspect #3 black male, 6'01", black hoodie.

On 10/24/21 at approximately 2318 hours, Officer Brown (P18091) responded to ▉▉ on a call
of a Robbery. Upon arrival Officer Brown contacted the victim Jason Richards ▉▉ who had a visible
cut to the left side of his mouth. The victim stated that he went to the Mobil gas station located at 5910 N Tower
Rd to buy a vape pen and some beer. The victim pulled around some vehicles that were parked in the lot but not
in a parking spot and parked in front of the store. The victim exited his vehicle and suspect #1 started to yell at
him that he could have caused a traffic accident. The victim ignored the male and entered the store. The victim
was followed inside by suspect #1 & Suspect #2 who continued to argue with him about the accident. Suspect #1
told the victim he would be waiting by his car. The victim exited the store and observed the suspects near his
vehicle. The victim entered his vehicle and the window had been left rolled down. The suspects approached his
window and continued to argue with him. Suspect #1 then produced a handgun and stuck it up to the victim's
throat and stated, "you're lucky". The victim stated while the gun was to his throat that suspect #2 grabbed the
vape pen that he has just purchased from his lap. The suspect then pulled the gun away from his throat and the
victim was able to drive out of the parking lot. The victim then drove home to ▉▉
(City and County of Denver) and parked outside his apartment building and waited for a short amount of time
until he thought it was safe to return to the gas station. The victim returned to the gas station and did not see the
suspects, so he made additional purchases. The victim then returned to his apartment building once again and
parked in his garage. The victim walked out his garage and found suspect #1 & Suspect #2 standing next to it.
Suspect #1 punched the victim twice in the face. The victim felt pain and was in fear for his life because he



# DENVER POLICE DEPARTMENT

**GO# 2021-608547**

**OPEN**

## GENERAL OFFENSE HARDCOPY

### (ROBBERY - STREET)

Page 2
## AFFIDAVIT AND APPLICATION FOR ARREST WARRANT

**Offense Case Number** 21-608547

believed the suspect would take out the firearm next. The victim was able to run from the suspects to his apartment where his wife called the police.

Your Affiant conducted up a follow up Investigation on the case. Your Affiant returned to the Mobil gas station and located video of the incident which appears to confirm the above details of the case. Your Affiant found due to the positioning of the camera a firearm can not be seen in the video. Your Affiant was able to get a license plate on the suspect vehicle from the video (AARD60, CO) that the suspects are observed getting into and following the victim. The suspect vehicle was found to be a gray Kia Optima registered to Danica Lopez ▆▆▆ with an address of ▆▆▆▆▆▆▆▆. Your Affiant found that Lopez's brother Joe Thompson ▆▆▆ closely matched the description of suspect #1. Your Affiant completed a photo lineup with Thompson in it and the victim identified Joe Thompson ▆▆▆ as suspect #1 in this case, who pointed the firearm at his throat.

The victim stated that he does not know the suspects and believes they followed him from the gas station to his house. The victim is in fear for his and his family's safety due to the suspects knowing where he lives.

The victim described the firearm as a 9mm with a gray slide and black grip.

The value of the stolen vape pen was found to be approximately $39.

The victim stated he wants to press charges on the suspects in this case.

Based upon the above facts and information, your Affiant respectfully request that a warrant be issued for the suspect identified as **JOE THOMPSON** ▆▆▆ Colorado State Identification Number ▆▆▆, Federal Bureau of Investigation Number ▆▆▆ Denver Police Department Number **702614**, an adult white male, approximately 6'02" in height, approximately 180 pounds in weight, with black hair and brown eyes; for C.R.S. 18-4-302 Aggravated Robbery.

**I affirm this information to be true and correct**

_P13100_

Signature of Affiant

Subscribed under oath before me on

SHERIKERA HEFLIN HERRERA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204005643
MY COMMISSION EXPIRES FEBRUARY 10, 2024

10 28 2021        1130 HOURS
Date                 Time

Judge or Notary Public

My commission expires:    FEBRUARY 10, 2024

**DENVER POLICE DEPARTMENT**

GO# 2021-608547

OPEN

## GENERAL OFFENSE HARDCOPY

### (ROBBERY - STREET)

Page 3
**AFFIDAVIT AND APPLICATION FOR ARREST WARRANT**

Offense Case Number 21-608547

## ARREST WARRANT

To all Sheriffs, Peace Officers and Police Officers with the said State:

You are hereby commanded to take the person of the defendant and bring him without unnecessary delay before a Judge of the County Court to be dealt with according to law.

Bail fixed at    $    First Appearance

Signature of Judge

Date    October 28, 2021    Renee` A. Goble

Printed name of Judge

I HEREBY CERTIFY that I executed the above warrant on (date) _____ by taking _____

_____ (name of person arrested) into custody and placing said person in the _____ Jail for safekeeping until

further order of the court.

Signature of Arresting Officer