# DENVER POLICE DEPARTMENT

GO# 2021-608547
OPEN

## GENERAL OFFENSE HARDCOPY

(ROBBERY - STREET)

Follow Up Report #   2 - NOT COMPLETED

Page 2 of 2
Página 2 de 2

Case #:
Caso #: 21-608547

Date of Incident:
Fecha del incidente: 10/27/21

## PHOTO IDENTIFICATION REPORT

### REPORTE DE IDENTIFICACION DE FOTOS

The individual photographs will be viewed one at a time. The photos are placed into the array in random order. Please take as much time as needed in making a decision about each photo before moving on to the next one. All photos will be shown, even if an identification is made. If you can make an identification, please indicate your selection to the investigating officer.

Las fotografías serán mostradas una a la vez. Las fotos son mostradas al azar sin ningún orden en especial. Por favor tómese el tiempo necesario para evaluar cada una antes de pasar a la siguiente fotografía. Todas las fotos serán mostradas, aunque se haya hecho una identificación. Si usted puede identificar alguna de las fotos, por favor indíqueselo al oficial investigador.

The photographs in the Photo Display are referred to by number only. If you can identify anyone in connection with your case, put a circle around the number below which corresponds to the number of that photograph in the display. Please make a brief comment about how the person in the photograph relates to your case. Also, please note your level of certainty regarding your identification or non-identification (confident, somewhat confident, or not confident at all).

Las fotografías en el despliegue de fotos son identificadas por el número solamente. Si usted puede identificar a cualquiera en conexión a su caso, ponga un círculo alrededor del número que corresponda a esa fotografía en el despliegue. Por favor haga un breve comentario acerca de cómo la persona en la fotografía se relaciona a su caso. También, por favor anote el nivel de certeza en respecto a su identificación o no identificación (seguro, algo seguro, nada seguro).

This photo line-up consists of 6 photos.
Éste despliegue contiene: ___ fotos.

1    2    (3)    4    5    6

Degree of Confidence in Identification/Non-Identification (Circle response):
Nivel de certeza en la identificación/no identificación (Marque su respuesta con un círculo):

(Confident)      Somewhat Confident      Not Confident at All
Seguro           Algo seguro             Nada Seguro

Comments:
Comentarios: Face Structure (narrow face, jaw), shape and look of his eyes Body build being on the skinier side and light skin tone

Witness' Signature:
Firma del testigo: X [signature]

Home Address:
Direccion de su domicilio:

City: / Ciudad:
State: / Estado:
Zip Code: / Código postal:

Home Phone: / Teléfono de casa: (   )
Business Phone: / Teléfono de su trabajo: (   )

DPD 170 (Rev. 8/18)

GOVERNMENT EXHIBIT 6

DENVER POLICE DEPARTMENT

GENERAL OFFENSE HARDCOPY

(ROBBERY - STREET)

GO# 2021-608547
OPEN

Follow Up Report #  2 - NOT COMPLETED



1

# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

(ROBBERY - STREET)

GO# 2021-608547
OPEN

Follow Up Report #   2 - NOT COMPLETED



2

# DENVER POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
(ROBBERY - STREET)

GO# 2021-608547
OPEN

Follow Up Report #   2 - NOT COMPLETED



3

# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### (ROBBERY - STREET)



GO# 2021-608547
OPEN

Follow Up Report #   2 - NOT COMPLETED



4



# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### (ROBBERY - STREET)

Follow Up Report #   2 - NOT COMPLETED



5

# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### (ROBBERY - STREET)

Follow Up Report #   2 - NOT COMPLETED



6

# DENVER POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

(ROBBERY - STREET)

GO# 2021-608547
OPEN

Follow Up Report #   2 - NOT COMPLETED

  

"1."    "2."    "3."

  

"4."    "5."    "6."



1. 10841023                          Race=WHITE
2. 11040991                          Race=WHITE
3. 10877689   THOMPSON", " JOE       Race=WHITE
4. 11050171                          Race=WHITE
5. 10921362                          Race=WHITE
6. 10941685                   1:00:00 AM   Race=WHITE

Date time: 10/27/2021 9:17:52 AM
Subject Name: THOMPSON, JOE
Subject ID: 10877689
LineUp ID: CO0160000_33655
Officer: DANIEL ERET