CRIMINAL JUSTICE

LARIMER COUNTY SHERIFFS OFFICE
2501 MIDPOINT DR.
FORT COLLINS, CO 80525

**Case #:SO16-0003764**

Radio Dispatched

### Initial Information

On 051416 at approximately 0655 hours, I was radio dispatched to the report of a disturbance at 3417 West County Road 54G in Laporte. It was reported there was a woman under a car and citizens were trying to lift the car off of her. While I was en route I learned that fire and medical crews were on scene. I also learned Air Link had been requested but the request was denied due to the weather.

### Arrival on Scene

I arrived on scene at approximately 0705 hours with Deputy KALEY. Deputies WILLIAMSON, WEDEMEYER, SOLOMON and a Colorado State Trooper were already on scene. As I approached the scene, I noticed a black Volkswagen sedan in the front yard of 3417 West County Road 54G. It was facing the house and a female was lying on the ground next to the driver's door. I noticed several fire and Emergency Medical Services personnel kneeling around the woman who was screaming and crying. The woman was later identified as ALEX SANDRA VERDOZA, DOB: ███████. She was loaded into the ambulance as I was walking up.

I noticed Deputy WILLIAMSON talking to a male in a white T-shirt, black jeans, and black and white converse shoes with tattoos on this face and arms. I learned this male was JOE THOMPSON, DOB: ███████, and he was the driver of the vehicle. I also learned there was a young boy in the car at the time of the incident. I was told the child was safe and inside the residence at 3417 West County Road 54G. I learned the boy's name was KING, and that he was THOMPSON's son.

I was told the ambulance was taking VERDOZA to the Medical Center of the Rockies. I asked a firefighter how VERDOZA was doing and she looked at me and shook her head stating, "Not well." I then stopped traffic so the ambulance could leave the scene.

### Photographs

Deputy KALEY photographed the scene of the incident. See his supplement for further information.

### Witnesses

I was asked by Deputy WEDEMEYER to provide Voluntarily Written Statements to AARON GRANT SPRAGUE, DOB: ███████, SCOTT ALLEN MCDANIEL, DOB: ███████, and SONYA JO HOLTAN, DOB: ███████. Deputy WEDEMEYER told me the three individuals witnessed the event. I retrieved three written statements from my patrol vehicle and provided them to SPRAGUE, MCDANIEL, and HOLTAN. SPRAGUE told me he lived at 3417 West County Road 54G, Laporte. He went inside the residence to fill out his statement. MCDANIEL and HOLTAN returned to their vehicle parked across the street at Overland Foods to complete their statements.

### Information from Captain RYAN THOMAS

I spoke to Poudre Fire Captain RYAN THOMAS. He told me he was one of the first responders on scene. He told me THOMPSON was in the driver's seat of the vehicle when he arrived on scene. THOMAS told me he told THOMPSON to get out of the car. THOMAS told me THOMPSON told him he had to leave and tell family what had happened. THOMAS told me he told THOMPSON he was not leaving and went to grab the car key. THOMAS said THOMPSON then grabbed his wrist. THOMAS told me he then removed THOMPSON from the vehicle. THOMAS filled out a voluntary written statement and a copy is attached to this report.

### Accident Diagram

**Case #:SO16-0003764**

Colorado State Patrol Trooper SCOTT BOSKOVICH asked me if I would like him to do an accident diagram for the incident. I told him I would like him to. He told me he would and would e-mail me the diagram and his report when it was completed.

Information from Witnesses

SPRAGUE approached me and handed me his completed Voluntarily Written Statement. SPRAGUE tried to tell me what happened. He was very animated and had trouble forming sentences. I asked him if he was okay and told me no; he became choked up unable to speak. SPRAGUE was very emotional throughout my conversation with him. SPRAGUE was finally able to tell me he saw VERDOZA walking down West County Road 54G. SPRAGUE told me he saw THOMPSON run over VERDOZA.

I was standing with SPRAGUE just to the west of where the car entered the yard. SPRAGUE pointed to the car and told me there was a hole behind the car where a stump used to be. I noticed a hole in the ground were SPRAGUE was pointing and a large clump of dirt behind the car. I also noticed there was a small fence that the car had run through. I saw tire tracks in the grass and dirt leading from the road to where the car was sitting. SPRAGUE told me when THOMPSON hit VERDOZA, she went up on the hood. SPRAGUE told me VERDOZA hit the stump and that was when she fell off of the hood of the car and was run over.

SPRAGUE told me he then ran over to the car and was yelling at THOMPSON to stop driving. SPRAGUE told me THOMPSON was "going back and forth, back and forth, back and forth" over VERDOZA with the car. SPRAGUE motioned with his hands in a back and forth motion as he was explaining it to me. SPRAGUE told me he was yelling at THOMPSON to stop driving. SPRAGUE told me during this he was on the phone with 911. He told me he put the phone down to help VERDOZA. SPRAGUE then told me, "That's attempted murder if I have ever seen it." SPRAGUE then told me several other people showed up and they were able to lift the car off of VERDOZA and someone was able to pull her out from underneath the car.

I then spoke to MCDANIEL and HOLTAN. MCDANIEL told me he saw VERDOZA walking by the school to the west of were the incident occurred. MCDANIEL told me they drove past and went inside of Overland Foods. MCDANIEL then told me when they came out of Overland Foods, they noticed a black car on top of a woman and it was in the front yard of the house across the street. MCDANIEL said he and HOLTAN ran over to help. MCDANIEL stated he, SPRAGUE and others lifted the car off of the woman and HOLTAN pulled VERDOZA out from under the car by her feet. MCDANIEL and HOLTAN appeared shaken up by the incident. I asked them if they wanted to speak to a victim's advocate, they told me they did not and they would be okay.

Victim's Advocates

I asked SPRAGUE if he wanted to speak to a victim's advocate about the incident. After several moments, Deputy KALEY told SPRAGUE he would have a victim's advocate call him on his phone. SPRAGUE shook his head in agreement and provided Deputy KALEY with his cell phone number.

Disposition of KING

KING was released to a family member. See Deputy WILLIAMSON's supplement for further information.

Voluntary Blood Draw

Deputy WEDEMEYER asked me to bring my patrol vehicle over to where he and THOMPSON were standing. Deputy WEDEMEYER asked THOMPSON if he would be willing to sit the back seat of my patrol vehicle to stay warm and out of the rain. THOMPSON was searched for weapons and contraband and placed in the back seat of my patrol vehicle. At this point, Corporal CHERRY was on scene and asked me to take THOMPSON to Poudre Valley Hospital for a blood draw. Corporal CHERRY asked Deputy WEDEMEYER and I to talk to THOMPSON to see if he would be willing to voluntarily submit to a blood draw.

Deputy WEDEMEYER asked THOMPSON if he would be willing to do a voluntary blood draw at Poudre Valley Hospital. THOMPSON said he was willing. I transported THOMPSON to Poudre Valley Hospital for the blood draw.

LARIMER COUNTY SHERIFFS OFFICE
2501 MIDPOINT DR.
FORT COLLINS, CO 80525

**Case #:SO16-0003764**

Authority arrived on scene. I slowed my response to non-emergent due to the number of units on scene and I arrived on scene at 0705 hours.

### Initial Observations of Scene

I arrived on scene and observed a black four-door sedan in the grass on the southwest corner of Ferndale Street and West County Road 54G. The grass and dirt behind the vehicle were torn up indicating the vehicle had been traveling east on County Road 54G when it went off the road and into the lawn.

I could see paramedics that were on scene had already placed a female onto a backboard with a neck brace and she was being lifted up to be loaded onto the ambulance. Other deputies were interviewing a Hispanic male who was identified to me as the driver of the vehicle.

### Photographs of Scene

Corporal CHERRY requested that I take photographs of the scene to document the car as it was found when we arrived. I took overall photographs of the area to document the location as well as close-up photographs of the vehicle and its tracks in the dirt. I took photographs of the damage to the vehicle as well as its position from the outside. I then took photographs of the interior of the vehicle to document its condition upon my arrival. Those photographs have been uploaded into the Larimer County Sheriff's Office digital management system.

### Voluntarily Written Statement from Witness

I observed a male and female unloading items onto a table in front of the hardware store located to the each of Overland Foods. I walked to their location and asked them if either of them had witnessed the traffic accident that occurred at Ferndale and County Road 54G. The male told me he had not seen the accident itself occur but he heard a significant amount of screaming and at that time he ran to the area. He stated he observed several people attempting to lift the vehicle off of the female and he assisted in lifting the vehicle off of her. He said that a female was able to drag the female trapped underneath the car from under it. He then left the scene and returned to his truck. He told me there were two males in a work truck of some sort that he could not identify who had assisted in lifting the car, but they stated they had to get to work and they had left the scene. He could not provide a description of the truck or the males. I asked him if he would be willing to complete a Voluntarily Written Statement to document what he had seen. I provided a statement form to him and he later turned it over to another deputy on scene.

### Observation of JOE THOMPSON

I stood by while JOE THOMPSON, who was identified to me as the driver of the vehicle, took a seat in the back of Deputy DRISSEL's car. JOE was offered a seat in the back of the car because the weather was approximately 40 degrees and it was raining and it was a way for him to stay warm. As JOE walked past me, I could smell the strong odor of an alcoholic beverage coming from JOE's person.

### Area Canvass Completed

I completed an area canvass by knocking on all doors with an unobstructed view of the incident. None of the residents had any pertinent information. A copy of the area canvass log is attached to this report.

### Interview with AARON SPRAGUE

I interviewed AARON SPRAGUE who identified himself as one of the initial 911 callers. AARON was very upset by the incident and was visibly shaking. AARON told me he had witnessed the entire incident. He told me that he had heard yelling from outside and came out and observed the black sedan in his opinion intentionally drive over the female as she walked down the side of the road. He told me he saw the male drive back and forth over her several times. AARON told me that as he called 911 he ran out to the vehicle in an

CRIMINALJUSTICE
Released Date: 03/03/2022
Released By: S95006

LARIMER COUNTY SHERIFFS OFFICE
2501 MIDPOINT DR.
FORT COLLINS, CO 80525

Case #:SO16-0003764

| Officer: BYERS,MICHAEL | Create Date:05/15/2016 12:24 | |
|---|---|---|
| | Narrative (6 SUMMARY 0005) | |

Pw/L99064/051516
Case Status:  Active

On 051416, I interviewed AARON SPRAGUE as a witness to this case.

| Officer: BYERS,MICHAEL | Create Date:05/15/2016 13:45 | |
|---|---|---|
| | Narrative (32 NARRATIVE 0005) | |

Report Outline

Interview of AARON SPRAGUE
Attachments


Interview of AARON SPRAGUE

On the morning of 051416, I interviewed AARON SPRAGUE at the Larimer County Sheriff's Office.  SPRAGUE was escorted to interview room #1 upon his arrival at the Sheriff's Office.  This interview was recorded, both audio/video, and saved to the Sheriff's Office evidence server.

Prior to beginning the interview I reviewed SPRAGUE's voluntarily written statement, which he completed on scene earlier in the morning.  This interview began at approximately 1054 hours.

At the beginning of the interview I expressed my appreciation to Mr. SPRAGUE for coming in for the interview.  I also provided him with my business card containing my contact information.  SPRAGUE began by advising he had taken several photographs after emergency personnel had cleaned up the incident scene.  SPRAGUE advised this occurred on the front lawn at his mother's address, at the intersection of County Road 54G and Ferndale Street in Laporte, CO.  I provided SPRAGUE with an email address so he could send me the photos he had taken.

Using the photos SPRAGUE began describing what occurred earlier that morning.  I asked SPRAGUE to tell me about the first thing he recalls from this morning.  SPRAGUE said he heard a lot of screaming and yelling outside.  He got up and went to the front door and observed a guy in the driver's side of a car and a girl on the passenger side of the vehicle and they were screaming and yelling at each other.  The male stated, "Get in the car."  The female yelled back that she was not going to get into the car.  SPRAGUE stated the female was outside of the vehicle at that time.  He stated the male appeared to try and come around to stuff her back into the car.  The female slammed the door on the car and took about eight steps away from the front of the vehicle.

SPRAGUE advised that his address is ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.  SPRAGUE stated after the female started walking away from the front of the vehicle, the male hopped into the driver's seat, threw the car in gear, and hit her as she was walking away.  SPRAGUE stated at that point he turned around and grabbed the phone from the residence, dialed 911, and started back toward the front door of the house.

SPRAGUE showed me a photo he had taken, which he described as having a stump in the yard just off of the walking path, near the edge of County Road 54G.  He stated when the car hit the stump, the female was on the hood of the car.  The car came to a sudden stop on the stump and the female rolled off the front of the hood.  He stated at this time he already had the phone and was on his way out the door.  By the time SPRAGUE got out there he saw the female hit by the car, the car hit the stump, and the female roll off the hood of the car onto the ground.  SPRAGUE said as he was running out there to see how she was, the male kept going over the stump and onto the female.  I clarified that the car had stopped.  SPRAGUE said yes, the car had stopped at the stump and the male was on the gas while screaming and yelling at the female, "Fuck you, fuck this, fuck

| Printed By:Software Systems, TriTech | Printed at 9/5/2021 3:58:27 PM | Page18 of 46 |
|---|---|---|

CRIMINALJUSTICE
Released Date: 03/08/2022                                                                                 Released By: S95006

CRIMINAL JUSTICE

LARIMER COUNTY SHERIFFS OFFICE
2501 MIDPOINT DR.
FORT COLLINS, CO 80525

**Case #:SO16-0003764**

that."  SPRAGUE said he heard the female screaming and crying, "No, no, no."

SPRAGUE said when the female was under the car, and he was at the car and was on his phone, he was in contact with 911 and was screaming and yelling at them to get the fire department and ambulance there.  SPRAGUE stated he jumped in the passenger side window, put the car in park, and grabbed the key to try and turn it off.  SPRAGUE stated, "She was under the car and when the male subject driving saw me, he told me it was just an accident."  The male told him he slid on the road and "some girl was under the car."  The male subject said he had to get the car off of her.

SPRAGUE said he dropped his phone in the passenger seat, put the car in park, and turned the key to turn it off.  SPRAGUE said he turned the key too far and it would not come out of the ignition.  SPRAGUE said the male subject was fighting with him and he was fighting with the male subject over the key.  SPRAGUE said he was trying to get the key to turn the car back on.  SPRAGUE said all he knew was that he had to get the girl out from under the car and any more back and forth of the vehicle...  SPRAGUE stated the male subject got the car started again and he again rocked the car back and forth with the female under the car and SPRAGUE hanging out the window.  SPRAGUE said he knew he had to stop the male from driving back and forth over this girl.  SPRAGUE said he was being hit by the male subject while he was trying to do this and still hanging out the window.

SPRAGUE said he saw an approximately two year old kid in the back seat and the child was screaming, "Mommy, mommy."  SPRAGUE again said the male subject was yelling at him that it was just an accident.  SPRAGUE said it appeared the male subject just "flipped" thinking now there was a witness now and he was not trying to kill her anymore, he was trying to help her and it was just an accident.  SPRAGUE said the vehicle went back and forth over the female approximately 12 or 13 times.  SPRAGUE said he believed he finally ripped the key in half, detaching the key from the remote, but it would still not come out of the ignition.

SPRAGUE said the male subject then got out of the vehicle and came around, trying to stop SPRAGUE because he thought SPRAGUE had gotten the key.  SPRAGUE said he only had half the key in his hand.  SPRAGUE said he then saw two people come running over from the parking lot of Overland Foods.  SPRAGUE said he told these two people that they had to move the car because there was a girl underneath it.  SPRAGUE said he believed the two people who just arrived on scene believed it was just he and the driver fighting.  SPRAGUE said at some point his mother came running out of the house asking what was going on.  SPRAGUE said he told his mother to grab the kid and go back inside the house.  SPRAGUE said she grabbed the kid out of the back seat and went back inside the residence.  The child was screaming, "Mommy."

SPRAGUE said he went over to the driver's side and the driver got back in the car, started the car again, and started trying to drive again.  I asked if this was after they had gotten the girl out from under.  SPRAGUE said, "No, she was still under the car."  SPRAGUE said they were trying to pick up on the car but they needed more people.  He stated the girl (one of the two people who just arrived on scene) went and flagged somebody else down from Overland Foods and another man named "HAROLD," who sets up a booth in the area, also came over.  SPRAGUE said he told them again that they needed to pick the car up because there was a girl underneath it.  He stated he believed that by the time they flagged down more people there were six guys on the driver's side of the vehicle and the girl who had come over from Overland Foods was standing by to pull the female out from under once they lifted the vehicle.  SPRAGUE stated the driver was still in the car trying to drive away.  He stated the vehicle appeared to be high centered after running the girl over repeatedly.

SPRAGUE said they were able to pick the car up and the girl from Overland Foods pulled her out from under the vehicle.  SPRAGUE said he told the people there not to move her any further than they had to.  He stated he told them they had to get the guy and detain him because he was trying to leave the scene.  SPRAGUE said he believed he had to either get the key out of the ignition or put the driver on the ground, but they could not let him leave.

SPRAGUE said shortly thereafter the fire department showed up and they did not know what was going on.  They saw the female and at that point the driver got into the car again.  SPRAGUE said a large, black fireman grabbed onto the driver and asked him what he was doing.  The driver started the car again, put it in gear, and attempted to drive.  SPRAGUE said he again went back to the passenger window and jumped in.  SPRAGUE said he was fighting the driver from one side and the fireman was fighting him from the driver's side.  The fireman had one arm and SPRAGUE had the other arm.  The driver had his foot on the gas trying to get away.  SPRAGUE said he again slammed the vehicle into park and shut the car off.  This time the driver was combative with him and the fireman.  SPRAGUE said he grabbed his arm trying to keep him away from the key to the car and the fireman pulled the driver outside by the driver's seat.  They were able to get the driver onto

LARIMER COUNTY SHERIFFS OFFICE
2501 MIDPOINT DR.
FORT COLLINS, CO 80525

**Case #:SO16-0003764**

the ground and shortly after that the cops showed up.

I asked SPRAGUE if he was doing okay and he said, "No."  SPRAGUE was visibly emotional and I advised him the female was going to be okay and it appeared she would survive her injuries.  After a short time this appeared to calm SPRAGUE.  SPRAGUE asked if it would be okay to call his mom and tell her that.  I told him that would be fine and we stepped out of the interview room for a few minutes while he spoke to his mother on the phone.  He was unable to get cell phone reception inside the interview room.

Upon resuming the interview, SPRAGUE initially stated, "She's freaking out."  He stated he was worried because she had come out of the house and he kept yelling at her to get the kid out of the car.  She had asked him what was going on and he again told her to get the kid out of the car.  When she again came out and asked what was going on, he told her there was a girl under the car and that she should go back into the house because she didn't need to see that.

I asked SPRAGUE if he recalled anything specific that either the female or the male driver said before, during, or after this incident.  SPRAGUE said when they were still out on the road he heard a lot of screaming and yelling.  When he opened the front door to his house he heard the female yelling that she was not going to get back in the car with him; she was not going anywhere with him.

I asked if he recalled the driver saying anything back to her.  SPRAGUE said the male told her to "get in the fucking car bitch" and he was not going to tolerate her shit.  SPRAGUE said he heard one of them say something about the cops.  SPRAGUE said he overheard them yelling about when he jumped out of the car and she scratched him at some point when they were driving down the road.  SPRAGUE said the driver said, "I have scratch marks from you grabbing me the other day."  SPRAGUE said he heard the female say, "You were trying to jump out of the car, I scratched you and tore your shirt."  The female said they had been driving in the car.  SPRAGUE heard the female say, "I'm not riding anywhere with you," and she slammed the door and started walking away from the front of the vehicle.  SPRAGUE said he heard the car go into gear and the tires squeal on the pavement just prior to the female being hit by the car.

I then asked about when the female was under the car and if he recalled anyone saying anything.  SPRAGUE said all he could hear was screaming.  He said he heard her screaming, "Help, help, help."  I asked SPRAGUE if he recalled the male saying anything before noticing SPRAGUE was there.  SPRAGUE said, "You're dead bitch."  I asked SPRAGUE again if the male said that.  SPRAGUE said he was on the phone with 911 and running across the yard.  He was trying to tell dispatch what was going on and he heard him say it with his other ear.  SPRAGUE said the minute the male saw him he flipped from this monster to, "It was just an accident.  Oh my gosh.  It was just an accident."  I asked SPRAGUE again when the male said, "You're dead bitch."  SPRAGUE said, "She was under the car at the time, he was in the car and it was while he was driving back and forth over the top of her with her under the car."  SPRAGUE said this is when he heard the male say, "You're dead bitch."  SPRAGUE said even though he was in the car trying to turn it off, the car was still going back and forth over the top of the female.

I asked SPRAGUE if the male said, "You're dead bitch," while SPRAGUE was in the car.  SPRAGUE said, "No," when he was in the car the male had flipped and made it sound like it was an accident and he had just slid on the road.  I asked again if the male had already hit the female when the driver said, "You're dead bitch."  SPRAGUE said, "Yes, he was driving over the top of her when he was saying that."  SPRAGUE said he wasn't to the car yet but the window on the passenger side was still open because they had been fighting on the street.

I then clarified with SPRAGUE that the male had hit the female with the car and she was on the hood.  I asked if he had slammed on the brakes.  SPRAGUE said the male did not slam on the brakes; the car hit the stump and the stump is what stopped the vehicle initially, causing the female to roll off the hood of the car in front of the vehicle.  SPRAGUE said he then ran to get the phone and as he was coming back, when he got out of the front door of the house, the male was driving back and forth over the top of the female.  The male had driven over the stump and was on top of her.  SPRAGUE said this is when the male was saying, "You're dead bitch."  SPRAGUE said it was within his first three or four steps out the door that he heard the male say this.  SPRAGUE said he got there as quick as he could and got in the passenger window.  The driver was still going back and forth.

I clarified with SPRAGUE when the driver's demeanor changed.  SPRAGUE said the male driver's demeanor changed as soon as he jumped in the passenger window.  SPRAGUE said at that point the driver was saying, "I need to get the car off of her, I need to get the car off of her, it was just an accident, I slid on the wet road."

| Printed By:Software Systems, TriTech | Printed at 9/5/2021 3:58:27 PM | Page20 of 46 |
|---|---|---|

CRIMINAL JUSTICE

Released Date: 03/03/2022   Released By: S95006

CRIMINAL JUSTICE

LARIMER COUNTY SHERIFFS OFFICE
2501 MIDPOINT DR.
FORT COLLINS, CO 80525

**Case #:SO16-0003764**

SPRAGUE said the minute the driver saw there was somebody else there he just changed from this monster to "oh shit."  I asked SPRAGUE what he believed was going through the driver's mind.  SPRAGUE said, "Run the bitch over."  I asked SPRAGUE what he thought when the male's demeanor changed.  SPRAGUE said, "I'm caught."  SPRAGUE went on to state that had no other people arrived he was going to grab a rock and smash the driver in the head to get him to stop.  SPRAGUE said he thought about the kid in the back seat, that the kid was going to see his mom die, and then see him smash the driver's head with a rock while trying to get him to stop running over the female.  SPRAGUE said again, "He was going to kill her."

SPRAGUE went on to say that you would think the male would have stopped when he hit the stump, but instead he uprooted the stump by driving over it and then drove right up on top of the female and then back and forth.  SPRAGUE said once the police were on scene he was very frustrated that the driver was not in handcuffs.  SPRAGUE said this worried and angered him.  SPRAGUE said he believed the cops were coddling him.  SPRAGUE said he was having a hard time standing there while this guy was just walking around after just attempting to murder the female.

I asked SPRAGUE if he had spoken to our victim's advocate.  SPRAGUE said, "Yes, one of them called me earlier."  He stated there was a brief conversation and the advocate asked if she could call him back.  SPRAGUE said he told her he would call her back if he needed something.  SPRAGUE said he did not believed the advocate knew what was going on yet.  SPRAGUE also said a female from the fire department told him he could always come and talk to her as well if he felt like hurting himself.  SPRAGUE said he told her, "No, if anything I want to hurt that son of a bitch.  Not myself."

SPRAGUE said his biggest fear was thinking the girl was dead.  He said he went out onto his lawn and there was a big spot he believed to be blood.  He pointed on a picture to the spot from around the stump, which he believed to be blood and oil.  In another photo, where the tire tracks were, he said the male had driven across her 12 or 13 times and he believed the dark spots were blood and oil.  SPRAGUE said he took these photos right after I called him this morning to be better able to describe what had occurred.

After describing more about the photos he sent me, SPRAGUE drew on the white board in the interview room.  When SPRAGUE had finished his drawing and labeled some of the items I requested, a photo was taken of his drawing.  That photo, along with the photos SPRAGUE took and sent me, have been downloaded to the Sheriff's Office server under identifier PMRB0001 under this case number.  SPRAGUE again repeated, "He just drove back and forth so many times."  SPRAGUE just sat back and looked and the drawing he completed.

I asked SPRAGUE if there was anything else he could think of right now.  SPRAGUE said the only thing in his paranoid mind was that maybe the person who had gotten the baby stuff out of the car may have done so because there were drugs in the diaper bag or something to that effect.  He said something to the effect that there was a drug bust in Greeley the previous night and he believed these people were from Greeley as well.  SPRAGUE thought it might have something to do with that and maybe there was dope or money in the car.  SPRAGUE said he believed the person who came and picked up the baby and diaper bag may have been trying to get drugs prior to seizing the car.

I then asked SPRAGUE to describe the car that had hit the female.  SPRAGUE said he believed it was a Volkswagen Passat, maybe a 2004, a four door.  I asked SPRAGUE how he knew it was a 2004.  SPRAGUE said, "It was just a guess."  I again asked if he said it was black and SPRAGUE said, "Yes, black."  SPRAGUE said he wanted to say it was a 2004 but he couldn't be sure, it could be newer or older.  I asked if SPRAGUE recalled any damage to the vehicle.  He stated there was not damage to the windshield or hood that he noticed, but the bumper was "fucked up" from hitting the stump.  He stated there were a lot of plastic pieces underneath, but that was probably from the plastic shield underneath the car.  He stated, "The girl was probably sandwiched under there."

I asked SPRAGUE if we could take a break so I could consult with my supervisor.  SPRAGUE asked for more coffee and I escorted him to the break room to get more coffee and then back to the interview room.  We then took a brief break.

Upon returning from getting coffee SPRAGUE erased the white board.  SPRAGUE asked if there was someplace he could have a cigarette and I escorted him to the front doors of the lobby.  I told him to wait there and I would let him back in the building once I returned.  Upon returning to the interview room I showed SPRAGUE the printed  photos he had sent me from his cell phone in order for SPRAGUE to label some of his descriptions onto these photos.  These photographs were later logged into evidence.

CRIMINALJUSTICE

LARIMER COUNTY SHERIFFS OFFICE
2501 MIDPOINT DR.
FORT COLLINS, CO 80525

Case #:SO16-0003764

I asked SPRAGUE about the driver's demeanor changing to "I'm caught" once SPRAGUE arrived at the passenger side door. I asked SPRAGUE to clarify what he meant by that. I told SPRAGUE he had said something to the effect that the male driver had said, "I didn't mean to hit her," or "It was just an accident." SPRAGUE said, "Up until he saw me at the window of the car it was, 'You're dead bitch,' talking as if they were still in the middle of the fight and she was under the car getting run over." I asked SPRAGUE if those were the exact words he heard. SPRAGUE said in between the door of the house and the car he heard, "You're dead bitch," several times. The rest was just screaming and yelling. He stated part of him was on the phone listening to 911 and part of him was listening to what was going on.

I clarified with SPRAGUE that when he was in the window of the car he said the male driver's demeanor changed and he made statements to the effect of "it was an accident." I asked SPRAGUE if it sounded like the male knew who he had hit. SPRAGUE said, "Yes, he said it was an accident, 'I slid on the wet road and I've got to move the car off of her.' He was driving back and forth." I asked SPRAGUE if he recalled the driver ever being out of the car trying to pull the female from under the vehicle. SPRAGUE said he did not recall that. SPRAGUE said the male got out of the car one time to come after him because SPRAGUE had the key, that it was the remote part that comes separate from the key body. He asked if I had keys he could look at and he tried to describe it based on what my keys were like. We continued labeling the photos he had taken and I printed. I left briefly to look for a pen that would write better on the photos. When I returned he completed labeling the photos.

As he was labeling an area on the road on the photograph, he described it as the fire truck pulling up nearly on top of where the vehicle had pealed out. In a very animated fashion, SPRAGUE described how the vehicle squealed out just prior to hitting the female. He stated the car was not going very fast but it was going as fast as it could within about eight feet.

Toward the end of the interview SPRAGUE asked about the male subject's gang affiliations. He was afraid of retaliation for his statements. I advised SPRAGUE that it appeared the subjects involved were from the Denver area and while SPRAGUE should be alert to his surroundings as always, I did not believe he had reason to be paranoid about it.

SPRAGUE also expressed concern that much of today's incident reminded him of his own childhood and some of the domestic violence situations he witnessed between his parents. At the conclusion of the interview SPRAGUE was thanked for coming in to speak with me and then escorted to the lobby and allowed to leave the building. For further information about this interview, refer to the recording downloaded to the Sheriff's Office server.

Attachments

None

END OF SUPPLEMENTAL REPORT

| Officer: BYERS,MICHAEL | Create Date:05/15/2016 13:45 | |
|---|---|---|
| Narrative (7 SUMMARY 0006) | | |

Pw/L99064/051516
Case Status: Active

On 051516 at approximately 1350 hours, I received a phone call from JUDY LOPEZ, who is JOE THOMPSON's mother. LOPEZ advised she had spoken with THOMPSON on the phone and believed he was suicidal. LOPEZ further stated THOMPSON told her, "I can't get the picture out of my mind," and was repeatedly asking about ALEX VERDOZA's condition. I advised LOPEZ to contact a supervisor at the Larimer County Jail and report this same information to the on duty supervisor.

After speaking with LOPEZ, I contacted Corporal JOSH PREHM at the jail, who was advised of my conversation with LOPEZ. Corporal PREHM stated THOMPSON was already under the appropriate status