IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00278-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZYAIRE WILLIAMS,

    Defendant.

_____

## GOVERNMENT'S MOTION TO RESTRICT ECF #43 AND 44
_____

The United States of America, by and through United States Attorney Cole Finegan, and Assistant United States Attorney Celeste Rangel, respectfully moves to restrict its document at ECF #44, the attached exhibit, and the brief filed at ECF #43 in support of this motion.

Dated this 21st day of July, 2022.

                        Respectfully submitted,

                        COLE FINEGAN
                        United States Attorney

By:    *s/Celeste Rangel*
        CELESTE RANGEL
        Assistant United States Attorney
        U.S. Attorney's Office
        12181 California St., Suite 1600
        Denver, CO   218202
        Telephone: (303) 454-0100
        Fax: (303) 454–0401
        e-mail: Celeste.rangel@usdoj.gov
        Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically filed the foregoing GOVERNMENT'S MOTION TO RESTRICT ECF #43 and 44 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Celeste Rangel*
Celeste Rangel
Assistant United States Attorney

2