IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00421-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JOE THOMPSON,

        Defendant.

---

**MOTION FOR AN ADDITIONAL ONE-LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. § 3E1.1**

---

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby moves the Court, pursuant to U.S.S.G. §3E1.1 for an additional one-level reduction based on the defendant's acceptance of responsibility.

Dated this 21st day of July, 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:   *s/ Celeste Rangel*
      Celeste Rangel
      Assistant United States Attorney
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Tel: (303) 454-0100
      Fax: (303) 454-0409
      celeste.rangel@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2022, I electronically filed the foregoing MOTION FOR AN ADDITIONAL ONE-LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. § 3E1.1 with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*s/ Celeste Rangel*
Celeste Rangel
Assistant United States Attorney